**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KATHLEEN HUNT, as Personal Representative
of the ESTATE OF GEORGE ARTHUR HUNT, IV,
    Plaintiff,

                                            Case   No: 8:15-cv-1257-T-33EAJ

vs.

BOB GUALTIERI, in his capacity as Pinellas
County Sheriff; MARIA CRUZ, SHAWN FOX;
GARY PAXSON; AND MAXIM PHYSICIAN
RESOURCES, LLC,
    Defendants.
_____/

**UNOPPOSED JOINT MOTION OF PLAINTIFF AND DEFENDANTS, FOX AND CRUZ, TO DISMISS ALL CLAIMS AND CAUSES OF ACTION CURRENTLY PENDING IN <u>THIS ACTION WITH PREJUDICE</u>**

      Plaintiff, KATHLEEN HUNT, by and through undersigned counsel, and Defendants, MARIA CRUZ, SHAWN FOX (the Defendants) by and through their respective undersigned counsel, move this Court for an order dismissing all claims and causes of action currently pending in this action with prejudice. As grounds for this motion, the parties assert the following:

1. All parties wish for this litigation against Defendants, FOX AND CRUZ, to end with prejudice.

2. All parties have agreed that each party will bear his/her own costs and attorney's fees.

3. The parties' motion is as to the currently pending claims against Defendants, MARIA CRUZ, SHAWN FOX, only. It is not as to the bifurcated claims currently pending in Case No. 8:16-cv-00509-VMC-EAJ against BOB GUALTIERI, MAXIM PHYSICIAN RESOURCES, LLC and LUIS QUINONES, M.D.

## **CERTIFICATE OF CONFERENCE**

Counsel for the Plaintiff and counsel for Defendants, MARIA CRUZ and SHAWN FOX, conferred by telephone on June 30, 2016 and agree to the relief sought by this Motion.

Respectfully submitted on July 7, 2016.

/s/ Joshua T. Chilson
**Joshua T. Chilson**
Fla. Bar No.: 027592
Primary: jchilson@ksbclaw.com
Secondary: skroto@ksbclaw.com
**Kwall, Showers, Barack & Chilson, P.A.**
133 North Fort Harrison Avenue
Clearwater, Florida 33755
(727) 441-4947 FAX (727) 447-3158
Counsel for Plaintiff

and

/s/ Bryan D. Caufield
**Bryan D. Caulfield**
Fla. Bar No.: 767530
Primary: bryan@uslaw.com
Secondary: tina@usalaw.com
**Perenich, Caufield, Avril, & Noyes, P.A.**
1875 North Belcher Road, Suite 201
Clearwater, FL   33765
(727) 796-8282 FAX (727) 797-3667
Counsel for Plaintiff

/s/ Nicole E. Durkin
NICOLE E. DURKIN
Sr. Associate Counsel
FBN 0078069
10750 Ulmerton Road
Largo, FL 33778
NDurkin@pcsonet.com
Amarcott1@pcsonet.com
Telephone: (727) 582-6274
Fax: (727) 582-6459
Attorney for Defendants Sheriff Gualtieri, Cruz, and Fox

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2016, a copy of the foregoing has been filed with the Clerk of the Court by using the CM/ECF system on behalf of the noted Defendants and Plaintiff, which will be served on the CM/ECF participants.

/s/ Joshua T. Chilson
Attorney